**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

WILBER BENAVENTE, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

DIAMOND CENTRAL. LLC,
ETRUSCO BINI,
and JENNIFER BONILLA,

                Defendants.

**Case No.**: 1:23-cv-06360

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Wilber Benavente hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated June 6, 2024, and annexed hereto as **Exhibit A**.

Dated: June 10, 2024

                      Respectfully submitted,

                      By: _____
                      C.K. Lee, Esq. (CL 4086)
                      LEE LITIGATION GROUP, PLLC
                      148 West 24th Street, 8th Floor
                      New York, NY 10011
                      Tel.: (212) 465-1188
                      Fax: (212) 465-1181
                      *Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

GORDON REES SCULLY MANSUKHANI, LLP
Francis J. Giambalvo, Esq
One Battery Park Plaza, 28th Floor
New York, New York 10004
fgiambalvo@grsm.com
*Attorneys for Defendants*

By: _____
C.K. Lee, Esq.