UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

WILBER BENAVENTE, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

DIAMOND CENTRAL. LLC,
ETRUSCO BINI,
and JENNIFER BONILLA,

        Defendants.

Case No.: 1:23-cv-06360

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants DIAMOND CENTRAL. LLC, ETRUSCO BINI, and JENNIFER BONILLA (collectively "Defendants"), having offered to allow Plaintiff WILBER BENAVENTE ("Plaintiff") to take a judgment against them, in the sum of Ten Thousand Dollars and No Cents ($10,000.00) ("Judgment Amount"). Plaintiff's acceptance of this offer of judgment will act to fully and fully release and discharge Defendants, their successors, assigns, and all past and present officers, directors, owners, employees, representatives, and agents from any and all claims and damages, that were or could have been alleged or recovered by Plaintiff in the above captioned action up to the date of the acceptance of this Offer of Judgment, including, without limitation, any and all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 6, 2024 and filed as Exhibit A to Docket Number 18;

**WHEREAS**, on June 10, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 18);

It is **ORDERED, ADJUDGED,** that judgment is entered in favor of Plaintiff WILBER BENAVENTE, in the sum of $10,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 6, 2024 and filed as Exhibit A to Docket Number 18. The Clerk of Court is respectfully directed to close this case.

BRENNA B. MAHONEY
CLERK OF COURT

Dated: June 12, 2024
      Broolyn, New York

by: *Jalitza Poveda*
     Deputy Clerk